1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID A. PETERSEN
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-mj-00122-EFB |
| Plaintiff, | ORDER VACATING BENCH TRIAL AND SETTING STATUS CONFERENCE |
| v. | Date:   July 10, 2012 |
| ROSA M. JAIMES, | Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Edmund F. Brennan |

It is hereby ordered that the bench trial set for July 10, 2012, is vacated and a status conference is set for August 10, 2012, at 2:00 p.m.

IT IS SO ORDERED.

Dated: July 9, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE