BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSA M. JAIMES,<br><br>　　　　Defendant. | No. 2:12-MJ-00122-EFB<br><br>ORDER CONTINUING STATUS CONFERENCE<br><br>Date:　　August 10, 2012<br>Time:　　2:00 p.m.<br>Judge:　Hon. Edmund F. Brennan |

It is hereby ordered that the Status Conference set for August 10, 2012, be continued to March 4, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 7, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE